# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | Case No. 1:19-cv-00785-LJO-JDP |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS |
| v. | |
| S. SAVOIE, | |
| Defendant. | (ECF Nos. 8, 10) |

Plaintiff Allen Hammler ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2019, Magistrate Judge Jeremy D. Peterson entered findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* (ECF No. 2) be denied. (ECF No. 10.) Plaintiff was given an opportunity to object to the findings and recommendations within fourteen days and objected on August 23, 2019. (ECF No. 11.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections do not change this result.

Accordingly, IT IS ORDERED that:

1

1. The findings and recommendations issued by the magistrate judge on August 13, 2019, (ECF No. 10), are ADOPTED IN FULL;
2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 10) is denied;
3. Plaintiff must pay the $400 filing fee in full within twenty-one days of the date of this order; and
4. Failure to pay the filing fee will result in dismissal of this case.

IT IS SO ORDERED.

Dated: **December 6, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE