1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ALLEN HAMMLER,                          No.  1:19-cv-00785-NONE-HBK (PC)

12                  Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS DENYING
14     STATE OF CALIFORNIA, et al.,             PLAINTIFF'S MOTION FOR
                                                PRELIMINARY INJUNCTION
15                  Defendants.
                                                (Doc. Nos. 12, 19)
16

17          Plaintiff Allen Hamler ("Hammler") is proceeding *pro se* in this civil rights action filed

18     pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

19     pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302

20          On October 10, 2019, Hammler moved for a preliminary injunction requesting prison

21     officials cease physically assaulting him.  (Doc. No. 12).  The assigned magistrate judge reviewed

22     Hammler's motion and determined Hammler had not established the elements necessary to obtain

23     injunctive relief.  (Doc. No. 19).  Specifically, the magistrate judge found Hammler had not

24     identified "whom he is seeking to enjoin, failed to demonstrate "a likelihood of success on the

25     merits" of his claim and did not "explain either how the relief he seeks would remedy the alleged

26     harms or whether it is narrowly drawn to be the least intrusive means, as required by the PLRA."

27     (*Id.* at 3).

28     /////

                                                  1

1    The magistrate judge accordingly issued findings and recommendations on November 3,

2  2020, recommending Asberry's motions be denied.  (Doc. No. 19.)  Those pending findings and

3  recommendations were served on plaintiff and contained notice that any objections thereto were

4  to be filed within fourteen (14) days after service.  (*Id.*)  To date, no objections to the findings and

5  recommendations have been filed, and the time in which to do so has now passed.[1]

6    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

7  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

8  findings and recommendations are supported by the record and by proper analysis.

9    Accordingly,

10   1.    The findings and recommendations issued on November 3, 2020 (Doc No. 19) are

11        adopted in full; and

12   2.    Plaintiff's motion for injunctive relief (Doc. No. 12) is DENIED.

13

14  IT IS SO ORDERED.

15   Dated:   **March 8, 2021**                                    _____

16                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

─────────────────────

28  [1] Plaintiff Hammler did file several other untimely, unrelated motions that did not address or
object to the pending findings and recommendations.  (Doc. Nos. 22-25).